AMY L. SPAULDING, Respondent, v. JAMES F. TULLY, Appellant, et al., Defendants. —

All concur. (Appeal from a judgment for plaintiff in an action for conversion and wrongful eviction.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAYBELLE WAKELEE, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. BENJAMIN SPRUNG, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEE MOORE, Respondent. —

Memorandum: The order of destruction appealed from being a nonappealable order (*People* v. *Whitcomb*, 273 App. Div. 610), the Erie County Court was without jurisdiction to entertain an appeal or make an order thereon. It follows that so much of the order appealed from as reverses or sets aside the order of destruction of the pinball machines and directs their return to the owners thereof must be reversed. All concur. (Appeal from that part of an order of Erie County Court which reversed an order of Police Justice's Court, Village of Hamburg, directing the destruction of certain pinball machines.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

HOWARD A. DRESCHER, Respondent, v. CHARLES R. AGNELLO, Appellant, et al., Defendants. ANTHONY R. DRESCHER, Respondent v. CHARLES R. AGNELLO, Appellant, et al., Defendants. —

All concur. (Appeal from an order denying motions by defendant Agnello to set aside verdicts in favor of plaintiffs Drescher and for a new trial, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.